**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6622**

———————————

ROBERT G. MCGOWAN, JR.,

Plaintiff - Appellant,

and

RICHARD E. BLACKBURN; JAMES RUSSELL ODOM;
STEVE H. DOYLE; MORRIS G. BASKINS; HENRY
CALVIN RASCOE; EARL FAIRLEY; MICHAEL CULLEY;
ANDY PARKER; CHRIS LINDSAY; JERRY NATHAN
PRUITT; WILLIE M. HAYES; HAROLD WASHINGTON;
LAMAR MCDANIELS; JAMES P. PRYOR; CHRIS BOOZER;
SAMMY COPELAND; ROBERT LEE WILSON; ROBERT B.
STROTHER; BILLY HAYES; ROBERT BARKEET; DANIEL
DIEHL; DENNIS BEERS; MICHAEL MOORE; HERMAN
DANGERFIELD; STACEY GRIMSLEY; WALTER FORD;
VERNON LEE KINKLE; AHMAD KAIS ABDUL SATTAR;
WILLIAM COHEN; ALEXANDER SHARP; ALGIE COOKE;
ROY LEE OLICER; ANTWON M. BARR; RONALD C.
ALBRIGHT; ROBERT LEE WASHINGTON; ROGER WALKER;
SCOTT ATKINSON; LAWSON WOOD; MICHAEL HOLMES;
THOMAS L. LATIMAR; BILLY WAGNER; HARVEY JONES;
VINCENT FERRAZZANO; TONY SHULER; MICHAEL
HERRING; MILTON MCCASKILL; RANDY MCCOY;
RICARDO GRANT; JAMES D. BRICE; ROBERT E.
MCCLARY; DANIEL JONES; LAMAR PETERSON; DANNY
NIX; MARK LOGAN; ROBERT A. TUCKER; TORRIS
MASSEY; ROBERT L. DOVE; CURTIS GREEN; FRANK
MULLER; RECO AGNEW; STEVEN SMALLS; ANGELO
BROWN; DEWAYNE BECKNER; BOBBY ROACH; BERNARD
S. WARD; ALBERT GAUSE; JOHN PICKNEY; EMMETT B.
NALL; CEDRIC CHATMAN; MICHAEL THOMAS TAYLOR;
WILLIE ANDERSON; MICHAEL TURNER; LESTER
HOWARD; ROBERT L. CROCKER; WILLIAM B. WELCH;
FRED A. SHEPPARD; VERNON ANDREW; RONNIE HAMBY;
RATMON AVENA; THEODORE MCKNIGHT; HERBERT
HIGHTOWER; CARL L. JENNINGS; KENNETH GARRETT;
TIMOTHY D. HOLDEN; DAVID SPRUNGER; GEORGE L.

SCOTT; JOHN C. GRIFFIN; LEONARD MIXSON; LUTHER MARCUS; KENNETH E. BROCK; WILLIE PARKER; JAMES LEWIS HUNTER; MONTHIETH YOUNG; LEROY COLLINS; TOMMY PETERSON; HENRY GROSS; JERRY GRIPPER, JR.; GEORGE LOADHOLT; JEFFREY B. YOUNGREN; REYNOLD ROMAIN; LEONARD RIVERA; EFRIN M. FLORES; STONEY MORRIS; ROBERT GREEN; LEON F. SHELL; VIRGEL GOSNELL; CHARLES SPAIN; CHARLES A. WALL; CURTIS M. SIBERT; JOHN W. MATTHEWS, JR.; PHILLIP COOPER; CLEVELAND YOUNG; EDWARD S. SMOAK, JR.; CHARLES CONYERS; DERICK HOPE; HERMAN BRISBON; FRANKLIN HUTSON; KENNETH MULDROW; ZACHARY THOMAS; TYRONNE MILLER; LELMON JACKSON TERRELL; WILLIE WOOD; DARREN WASHINGTON; ABDUR RAUF NUR; JESSE KEY; JOHN JONES; LEONARD SWEETENBURG; ROGER D. GUTY; ARTHUR HUNTER; NATHANIEL JONES; ISMAIL MUHAMMAD; ROBERT M. TUCKER; CLIFFORD W. CORNS; OFONZO STATON; RICKY A. WATSON; FRANK TOLEN; TRUMAN P. MITCHUM; ANTONIO MCDAVID; AVID YOUNG; TIMOTHY ELLIS; SAMUEL WILSON; TIMOTHY MCCREARY; PHILLIP COBB; JESSIE PRINGLE; ANTHONY CUNNINGHAM; JAMES T. WILLIAMS; BRIAN L. ARNOLD; ERIC GOENS; WAYNE AUSTIN; WILBUR JORDAN; DONALD ROBERTSON; JONATHEN CHAFFER; ROBBIE S. GENTRY; KEITH ROBINSON; ROBERT MILLER; JACOB PINCKNEY; ANTONIO YOUNS; JAMES H. OSBORNE; RANDY MASON; JIMMY RAY TURNER; PEGGIF GILLESPIE; JAMES HART; CALVIN R. MARTIN; JESSE HANSON; ALVIN BURNS; ANTHONY MCCLARY; PAUL GRANT; LEWIS GILAORE; CLAUDE DIXON; JULIAN B. WRIGHT; EDWARD BEST; J. HATOR; JAMES WILLIAMS; YEON SIMS; TODD M. HASCHETT; JAMES BROWN, JR.; WILLIE WHITE, JR.; BRENT G. MCLAUREN; CORNELIUS BARTON; MUTOFFA ABDULLAH; HARVIN PENCIEL; LARRY STOKES; KORRIE FULTON; CHARLES BENNETT; DAMIN WILSON; LARRY Y. SWOFFORD; OLIVER ADAMS; TOMMY WILLIAMS; STACEY TIMBERLAKE; WILLIAM E. HALL, JR.; REX FAILE; STEVE FINLEY; NATHAN JONES; ERNEST CAVE; JESSE HOLLAND; MARK FARMER; JERRY NORRIS; DENNIS PAGE; PAUL E. LONG; JAMES MCCROREY; KENNETH BOZEMAN; WILLIAM D. GATHINGS; GORDAN E. TRAMMELL; TONEY WELLS; JAY WINGO; JACK HARDWICK; ROBERT ANDERSON, JR.; DAVID TERRIO; DOUGLAS RABB, III; EDWARD D. SMALLS; JOHN R. GEGORY; QUINCY GLOVER; WAYNE J. DABBS; ANTONIO BOYD; JOSEPH F. MONTGOMERY;

2

JAMES SMITH; DENNIS WHISTINE; DOC RODRIGUES; HENRY BAMMRIT; JAMES MCMILLAN; KENNETH B. GARY; JAMES WORKMAN; EDDIE MANICH; LARRY S. WOFFORD; JAMES ROBERT MCCLURKIN; DOUGLAS B. SMITH; ANDREW TAYLOR, JR.; WILLIE ELDER; JIMMY MCDOWELL; LUCIUS DRAFTS; TIMATHY SANDERS; DAVID YOUNG; BAXTER VINSON; GENE M. DUNCAN; CHRISTOPHER REMBIL; RODNEY W. MIDDLETON; KELLY RABON; JIMMY R. HIGHTOWER; RAYMOND DAY; J L COLLINS; NATHANIEL COBB; LAWRENCE CRAWFORD; MARK WILES; LUTHER SMITH; JIMMY DOYLE; GARY HAWKINS, JR.; KENNETH OTT; ROBERT L. JONES; JAMES GUTHRIE; HERBERT MCDOWELL; WAYNE J. DABBS; DWAINE L. JOHNSON,

Plaintiffs,

versus

MICHAEL MOORE, Director of South Carolina Department of Corrections; GERALDINE MIRO, Warden of the Allendale Correctional Institute; NATHANIEL HUGHES, Chief of SCDC Classification; ARA HEALTH SERVICES, d/b/a Correctional Medical Systems, formerly known as ARA Healthcare Nutrition Services, Incorporated; DR. KENNEDY, Medical Doctor Resident Doctor in charge of medical services at the ACI; ALEWINE, Chief Director of Medical Services for SCDC; DOCTOR RENTZ, Chief Assistant of Medical Services SCDC; DOCTOR GOWAN, Regional Director of Coastal Region for the SCDC; MR. GIDDINGS, Director of Food Services for SCDC; MR. LESTER, ACI Food Director; KEN MCKELLER, Chief of Security for SCDC; REX DIVINE, Principle of Education at the Allendale Correctional Institute; BARBARA MAYSON, Director of Education for SCDC and School District One; MR. MCCANTS, Deputy Warden of Programs at the Allendale Correctional Institute; JOHN KING, SCDC Director of Commissary Services; MR. COHEN, ACI Commissary Supervisor; MR. CAUSEY, ACI Mail Room Supervisor; MR. LONG, Director of Grievances at Allendale Correctional Institute; ALBRITAN, Captain, Chief of Security at ACI; MR. MUHAMMAD, Director of

3

Horticulture at ACI; LT. LAMBRIGHT, Duty
Supervisor over inmates in horticulture; GEN
OSWALD; LEVINE; WHITNEY; FREEMAN,

                                    Defendants - Appellees,

NAPOLEAN DUPREE,

                                                Movant.

─────────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(CA-99-102)

─────────────────

Submitted:  May 20, 2002                Decided:  June 10, 2002

─────────────────

Before WIDENER, KING, and GREGORY, Circuit Judges.

─────────────────

Affirmed by unpublished per curiam opinion.

─────────────────

Robert G. McGowan, Jr., Appellant Pro Se.  Marvin Coleman Jones,
BOGOSLOW & JONES, Walterboro, South Carolina; James Miller Davis,
Jr., DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

─────────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert G. McGowan, Jr., appeals the district court's order denying relief on a multi-plaintiff 42 U.S.C.A. § 1983 (West Supp. 2001) complaint filed by McGowan and over three hundred other inmates. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Blackburn v. Moore, No. CA-99-102 (D.S.C. filed Mar. 28, 2002; entered Mar. 29, 2002).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that the district court filed McGowan's responses to its interrogatories as a separate complaint in No. CA-02-389, McGowan v. Moore, which is still pending before the district court. McGowan may pursue his claims in that action.